[No. 7821–6–I.  Division One.  April 6, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. BELINDA
JOYCE BRADFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88898, George H. Revelle, J., entered June 18,
1979. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by James, C.J., and Durham, J.

[No. 8136–5–I.  Division One.  April 6, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
ELLENBURG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00154–2, Theodore Turner, J. Pro Tem.,
entered October 24, 1979. *Affirmed* by unpublished opinion
per Andersen, J., concurred in by James, C.J., and Corbett,
J.

[No. 7995–6–I.  Division One.  April 6, 1981.]

MUTUAL CAMP ASSOCIATES, *Appellant*, v. SEATTLE
KING COUNTY YWCA, *Respondent*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78–2–01309–9, Daniel T. Kershner,
J., entered August 27, 1979. *Affirmed* by unpublished opin-
ion per Durham, J., concurred in by James, C.J., and Cal-
low, J.